1
2
3
4
5
6
7

8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON

9

10  ASHLEY TIFF-MCCAULEY,

11              Plaintiff,                CASE NO. 2:16-cv-01380 JRC

12       v.                               ORDER ON UNOPPOSED
                                          MOTION FOR EQUAL ACCESS
13  NANCY A. BERRYHILL, Acting             TO JUSTICE ACT FEES
    Commissioner of the Social Security
14  Administration,

15              Defendant.

16

17      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local

18  Magistrate Judge Rule MJR 13. *See also* Notice of Initial Assignment to a U.S. Magistrate Judge

19  and Consent Form, Dkt. 6; Consent to Proceed Before a United States Magistrate Judge, Dkt. 7.

20  This matter is before the Court on plaintiff's Motion for EAJA Fees. *See* Dkt. 16. Defendant has

21  no objection to plaintiff's motion. *See* Dkt. 20.

22      Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), plaintiff's

23  motion, (*see* Dkt. 16), plaintiff's Memorandum of Law in Support of Motion for Attorney's Fees

24  (Dkt. 17), the Declaration of D. James Tree in Support of EAJA Attorney Fees (Dkt. 18),

1 | Itemized Billing Statement (Dkt. 16, Attachment 1), and the relevant record, it is hereby

2 | ORDERED that EAJA attorney's fees of $7,129.16 shall be awarded to plaintiff pursuant to the

3 | EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at

4 | ***6-***7 (2010).

5 | The Acting Commissioner shall contact the Department of Treasury after the Order for

6 | EAJA fees is entered to determine if the EAJA fees are subject to any offset. If it is determined

7 | that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the

8 | Treasury's Offset Program, then the check for EAJA fees shall be made payable to D. James

9 | Tree, *Esq.*, based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Written

10 | Fee Agreement (Dkt. 16, Attachment 2) and Plaintiff's Declaration (Dkt. 19). If there is an

11 | offset, the remainder shall be made payable to plaintiff, based on the practice of the Department

12 | of the Treasury (*see*, *e.g.*, Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees shall

13 | be mailed to plaintiff's counsel, D. James Tree, *Esq.*, at Tree Law Office, 3711 Englewood

14 | Avenue, Yakima, WA 98902.

15 | Dated this 14th day of July, 2017.

J. Richard Creatura
United States Magistrate Judge